[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-15438
_____

D.C. Docket No. 2:11-cv-00668-MEF-CSC

SCOTTSDALE INSURANCE COMPANY,

Plaintiff-Counter Defendant-Appellee,

versus

ALABAMA MUNICIPAL INSURANCE CORPORATION,

Defendant-Counter Plaintiff-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama
_____

(November 24, 2014)

Before HULL and MARCUS, Circuit Judges, and TOTENBERG,[*] District Judge.

PER CURIAM:

_____

[*]Honorable Amy Totenberg, United States District Judge for the Northern District of Georgia, sitting by designation.

In this declaratory judgment action, defendant Alabama Municipal Insurance Corporation ("AMIC") appeals from the district court's grant of summary judgment to plaintiff Scottsdale Insurance Company in the amount of $1,212,714.73, which included the judgment, costs, interest, and attorneys' fees in the district court.  Defendant AMIC also appeals the district court's judgment in favor of Scottsdale on AMIC's counterclaim for breach of Scottsdale's enhanced duty of good faith.  After careful review of the record and briefs, and with the benefit of the oral argument, we find no reversible error and affirm the district court's judgment.  This Court also remands the case to the district court for the district court to determine both entitlement and the amount of attorney's fees for plaintiff Scottsdale regarding this appeal.

**AFFIRMED and REMANDED.**